# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TALLYGENICOM, L.P., *et al.*,[1] | ) | Case No. 09-10266(CSS) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |
| | ) | RE: D.I. ___ |

**ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE OF MOTION OF THE DEBTORS FOR ORDERS: ONE (I) APPROVING PROCEDURES WITH RESPECT TO THE PROPOSED SALE OF THE ASSETS OF THE DEBTORS,(II) SCHEDULING A HEARING ON THE SALE AND SETTING OBJECTION AND BIDDING DEADLINES WITH RESPECT TO THE SALE, (III) APPROVINGTHE FORM AND MANNER OF NOTICE OF AN AUCTION FOR THE DEBTORS' ASSETS AND THE SALE HEARING, (IV) APPROVING BID PROTECTIONS, AND (V) GRANTING RELATED RELIEF; AND THE OTHER (A) AUTHORIZINGTHE SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, PURSUANT TO THE APA RELATED THERETO, (B) AUTHORIZING AND APPROVING THE APA, (C) AUTHORIZING AND APPROVING THE TRANSITION SERVICES AGREEMENT, (D) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AS NECESSARY IN CONNECTION WITH THE SALE, AND (E) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the notice period related to the Motion Of The Debtors For Orders: One (I) Approving Procedures With Respect To The Proposed Sale Of The Assets Of The Debtors, (II) Scheduling A Hearing On The Sale And Setting Objection And Bidding Deadlines With Respect To The Sale, (III) Approving The

---

[1] The Debtors are the following entities (followed by their tax identification numbers): TallyGenicom, L.P. (54-1996340), TallyGenicom Holdings, LLC (65-1160834), and Printing Solutions, Inc. (01-0758396). The mailing address for all of the Debtors for the purpose of these chapter 11 cases is 4500 Daly Drive, Suite 100, Chantilly, VA 20151.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Sale Procedures/Sale Motion.

Form And Manner Of Notice Of An Auction For The Debtors' Assets And The Sale Hearing, (IV) Approving Bid Protections, And (V) Granting Related Relief; And The Other (A) Authorizing The Sale Free And Clear Of Liens, Claims, Encumbrances, And Interests, Pursuant To The APA Related Thereto, (B) Authorizing And Approving The APA, (C) Authorizing And Approving The Transition Services Agreement, (D) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, As Necessary In Connection With The Sale, And (E) Granting Related Relief (the "Sale Procedures/Sale Motion"); and upon the Declaration of John Waksmunski in Support of First Day Motions; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Sale Procedures/Sale Motion will be considered at the hearing scheduled on **February _____, 2009, at \_\_\_:\_\_0 a.m. (Eastern Time)**.

3. Objections, if any, to the Sale Procedures/Sale Motion shall be filed and served in accordance with the Local Rules of this Court by no later than **February _____, 2009, at 4:00 p.m. (Eastern Time)**.

Dated: _____, 2009
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2697928.2