# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRINTING SOLUTIONS LP, et al.,[1] | ) | Case No. 09-10266 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: D.I. 521 |

## CERTIFICATION OF COUNSEL RE: REVISED [PROPOSED] ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 349 AND 1112(b) AND FED. R. BANKR. P. 1017 AND 2002 (I) DISMISSING THE DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

I, Gregory T. Donilon, counsel to the above-captioned debtors and debtors-in-possession in these cases (collectively, the "Debtors"), hereby certify as follows regarding the attached revised [proposed] *Order Pursuant to 11 U.S.C. §§ 105(a), 349 and 1112 (b) and Fed. R. Bankr. P. 1017 and 2002 (I) Dismissing the Debtors' Chapter 11 Cases and (II) Granting Related Relief* (the "Revised Proposed Order"), attached as **Exhibit A** hereto:

1. On October 23, 2009, the Debtors filed the *Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 349 and 1112 (b) and Fed. R. Bankr. P. 1017 and 2002 (I) Dismissing the Debtors' Chapter 11 Cases and (II) Granting Related Relief* [D.I. 521] (the "Motion"). Attached as Exhibit B to the Motion was the original [proposed] *Order Pursuant to 11 U.S.C. §§ 105(a), 349 and 1112 (b) and Fed. R. Bankr. P. 1017 and 2002 (I) Dismissing the Debtors' Chapter 11 Cases and (II) Granting Related Relief* (the "Original Proposed Order").

2. Responses to the Motion were due by November 5, 2009 at 4:00 p.m. (ET), (the "Response Deadline"), which Response Deadline was extended to November 9, 2009 at Noon (ET) solely for the Office of the United States Trustee.

3. Prior to the Response Deadline:

    (a) Michael Pluta, as Insolvency Administrator (the "TAG Administrator") of TallyGenicom, AG, filed the *Limited Objection to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 349 and 1112(b) and Fed. R. Bankr. P. 1017 and 2002 (I) Dismissing the Debtors' Chapter 11 Cases and (II) Granting Related Relief* [D.I. 527] (the "TAG Administrator Objection");

---

[1] The Debtors are the following entities (followed by their tax identification numbers): Printing Solutions LP (54-1996340), Printing Solutions LLC (65-1160834), and Printing Solutions Inc. (01-0758396). The mailing address for all of the Debtors for the purpose of these chapter 11 cases is One Solutions Way, Suite 100, Waynesboro, VA 22980.

(b) Cypress-Fairbanks ISD, Harris County, City of McAllen, McAllen ISD, Montgomery County, South Texas College, and South Texas ISD (collectively, the "Texas Taxing Jurisdictions") filed the *Objection of Texas Taxing Jurisdictions to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 349 and 1112 (b) and Fed. R. Bankr. P. 1017 and 2002 (I) Dismissing the Debtors' Chapter 11 Cases and (II) Granting Related Relief* [D.I. 528] (the "Texas Taxing Jurisdiction Objection"); and

(c) counsel for the U.S. Trustee communicated certain limited objections to the Motion to counsel for the Debtors (the "U.S. Trustee Objection" and, together with the TAG Administrator Objection and the Texas Taxing Jurisdiction Objection, the "Objections").

Other than the Objections, no other responses to the Motion were filed or received by the Debtors.

4. On November 12, 2009, a hearing (the "Hearing") on the Motion was held before the United States Bankruptcy Court for the District of Delaware (the "Court").

5. Prior to the Hearing, the Debtors resolved (a) the TAG Administrator Objection, by agreeing to the addition of certain language to the Original Proposed Order, as reflected in footnote 3 of the Revised Proposed Order; (b) the Texas Taxing Jurisdiction Objection, by agreeing to make a representation on the record regarding payment of certain tax amounts, which representation was read into the record at the Hearing by Debtors' counsel; and (c) the U.S. Trustee Objection, in part, by agreeing to certain modifications to the Original Proposed Order, as reflected in the Revised Proposed Order (collectively, the "Parties' Resolutions").

6. The balance of the U.S. Trustee Objection was presented to and ruled upon by the Court at the hearing (the "Court's Rulings").

7. The Parties' Resolutions and the Court's Rulings are reflected in the modifications to the Original Proposed Order set forth in the Revised Proposed Order. A blackline copy of the Revised Proposed Order reflecting changes to the Original Proposed Order is attached hereto as **Exhibit B**.

8. Counsel for (a) the U.S. Trustee, (b) the official committee of unsecured creditors appointed in these chapter 11 cases, (c) the agent to the Debtors' prepetition and postpetition lenders, and (d) the TAG Administrator have reviewed the changes set forth in the Revised Proposed Order and have no objection to entry thereof.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Revised Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: November 12, 2009
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Gregory T. Donilon (No. 4244)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

*Counsel for the Debtors*

3229812