# SIGN - IN - SHEET

**CASE NAME:** TallyGenicom  **COURTROOM LOCATION:** 6
**CASE NO:** 09-10266 (CSS)  **DATE:** 11/12/09  @ 10:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tori Gulfoyle | Blank Rome LLP | Creditors' Committee |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| David Stratton | Pepper Hamilton | Michael Pluta as Insolvency Administrator |
| Gregory T. Donilon | Morris, Nichols, Arsht & Tunnell LLP | TallyGenicom AG Debtors |
| Danielle Juhle (telephonic) | Goldberg, Kohn, Bell, Black | Dymas Financial |
| John Waksmunski | | Printing Solutions |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.